1  MELINDA L. HAAG, CSBN 132612
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   ELIZABETH FIRER, SBN WI 1034148
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone: (415) 977-8937
        Facsimile: (415) 744-0134
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
                          OAKLAND DIVISION
10

11 NICOLE LOUISE WAGNER,            )
                                    )   CIVIL NO. C-10-02413 PJH
12      Plaintiff,                  )
                                    )
13      v.                          )   STIPULATION AND ORDER FOR
                                    )   EXTENSION
14 MICHAEL J. ASTRUE,               )
   Acting Commissioner of           )
15 Social Security,                 )
                                    )
16      Defendant.                  )
   _____)
17

18      IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

19 approval of the Court, that Defendant's time to file her Motion for Summary Judgment shall be extended

20 29 days to December 30, 2010. This request is due to an unexpected work load increase and absence

21 due to illness. The undersigned Counsel for the Commissioner is one of two attorneys in the

22 Commissioner's office responsible for reviewing all appellate briefs filed in the Ninth Circuit. From the

23 time this Court granted the previous extension and through the first two weeks of December, Counsel

24 has or has had to review 5 appellate briefs for her colleagues in addition to drafting and filing her own

25 briefs in 9 district court cases and one appeal and she had to participate in a hearing in an attorney's fees

26 case. Two of the appellate briefs under review required significantly more editing than expected and the

27 work could not be extended. Counsel has also missed work during this time due to illness. Due to these

28 circumstances, Counsel is unable to complete the Commissioner's brief by November 29, 2010, and

respectfully requests and additional 29 days.

Dated:   November 24, 2010        /s/ *David J. Linden*
                                       *(As authorized via email)*
                                       DAVID J. LINDEN
                                       Attorney for Plaintiff

                                       MELINDA L. HAAG
                                       United States Attorney

Dated:   November 24, 2010   By: /s/ *Elizabeth Firer*
                                       ELIZABETH FIRER
                                       Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant shall have up to and including December 30, 2010, to respond to Plaintiff's Motion for Summary Judgment.   FINAL EXTENSION.

Dated:   11/29/10

IT IS SO ORDERED
Judge Phyllis J. Hamilton

PHYLLIS J. HAMILTON
United States District Judge

2