MELINDA L. HAAG, CSBN 132612
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
ELIZABETH FIRER, SBN WI 1034148
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8937
    Facsimile:  (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| NICOLE LOUISE WAGNER,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. C-10-02413 PJH<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR REMAND UNDER SENTENCE 4 OF 42 U.S.C. § 405(g) |

    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that this action be remanded to the Defendant, Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.  The purpose of the remand is to offer Plaintiff a _de novo_ decision.

    Upon remand, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge (ALJ)  who will be instructed to conduct the required sequential disability analysis and take the following action:

    1. The ALJ will offer Plaintiff the opportunity to participate in another hearing and to submit additional evidence.

    2. The parties stipulate that no specific aspect of the ALJ's decision is affirmed.

    3. The ALJ must explain what weight he is giving to all of the medical sources and if he rejects

the findings of any medical source, he must provide valid reasons for his rejection.

4. Following remand proceedings, the ALJ will issue a <u>de novo</u> decision.

It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

Dated: December 29, 2010

/s/ *David J. Linden*
 (As authorized via email)
DAVID J. LINDEN
Attorney for Plaintiff

MELINDA L. HAAG
United States Attorney

Dated: December 29, 2010

By: /s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/10/11

PHYLLIS J. HAMILTON
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

2